# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER EVERETT,
ADC #152664                                                              PLAINTIFF

v.                      No. 3:20-cv-191-DPM-JTK

RUSSEL HICKS, Laundry, North
Central Unit, ADC; KEITH WADDLE,
Disciplinary Hearing Officer, ADC;
CANTRELL, Disciplinary Hearing
Officer, North Central Unit, ADC;
JUSTIN PETERS, Disciplinary Appeals
Officer, North Central Unit, ADC;
FAUST, Warden, Arkansas Department of
Correction; DEXTER PAYNE, Director,
Pine Buff ADC; MARSHALL DALE REED,
Chief Deputy Director, Pine Bluff ADC;
DOE, Disciplinary Hearing Administrator,
Pine Bluff ADC                                                          DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Motions, *Doc. 5 & 6*, granted.  Everett's complaint will be dismissed without prejudice.

So Ordered.

*[signature]*

D. P. Marshall Jr.
United States District Judge

  17 August 2020