IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                      **PLAINTIFF**

v.                  No. 3:20-cv-191-DPM

**RUSSEL HICKS, Laundry, North
Central Unit, ADC; KEITH WADDLE,
Disciplinary Hearing Officer, ADC;
CANTRELL, Disciplinary Hearing
Officer, North Central Unit, ADC;
JUSTIN PETERS, Disciplinary Appeals
Officer, North Central Unit, ADC;
FAUST, Warden, Arkansas Department of
Correction; DEXTER PAYNE, Director,
Pine Buff ADC; MARSHALL DALE REED,
Chief Deputy Director, Pine Bluff ADC;
DOE, Disciplinary Hearing Administrator,
Pine Bluff ADC**                                **DEFENDANTS**

## JUDGMENT

Everett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

  17 August 2020